Order issued October  2S  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01277-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### LA MADELEINE INC., Appellee

## ORDER

In light of the lawsuits filed by appellant currently pending in the United States District Court—Northern District of Texas and styled *Darlene C. Amrhein v. La Madeleine, Inc., et al.*, case number 3:11-cv-02440-P and *Darlene C. Amrhein, et al. v. Jerry Riechert, et al.*, case number 3:12-cv-3707-G, each Justice of the Court has recused himself or herself from hearing any matter in this appeal.

CAROLYN WRIGHT
CHIEF JUSTICE